UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

IN RE GERONIMO VELASCO.

_____

GERONIMO VELASCO,

        Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO,

        Respondent,

PENTAGON TECHNOLOGIES GROUP, INC.,

        Real Party in Interest.

No. 25-4274

D.C. No. 3:24-cv-05307-VC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

    Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition, as supplemented, is denied.

    All pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DENIED.**